**EL CERRITO CORPORATION, Limited, et al., Appellants, v. Russell D. SEYMOUR, Trustee in Bankruptcy of ESTATE of Frazier McINTOSH, Bankrupt, Appellee.**

No. 7917.

Circuit Court of Appeals, Ninth Circuit.

Aug. 5, 1935.

Wm. H. Neblett and Frank G. Swain, both of Los Angeles, Cal., for appellants.

Craig & Weller and Thomas S. Tobin, all of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal (7 F. Supp. 874) dismissed; mandate forthwith.

**In the Matter of Dominick J. FAOUR and George J. Faour, Individually and as Copartners, Doing Business as D. J. Faour & Bros. and D. J. Faour & Bros., Private Bankers, Debtors Appellees. David Haar and Howard Bloom, Appellants, Irving Trust Company, Receiver, Appellee.**

No. 487.

Circuit Court of Appeals, Second Circuit.

July 1, 1935.

David Haar, of New York City, for appellants.

Oppenheimer, Haiblum & Kupfer, of New York City, for receiver.

Max E. Sanders and Allen Memhard, both of New York City, for debtors.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order (11 F. Supp. 462) affirmed on the authority of In re Realty Associates Securities Corp. (C. C. A.) 69 F.(2d) 41.